

1301 Avenue of the Americas
25th Floor
New York, NY 10019

212.812.0400 main
212.812.0399 fax

Stephen P. Younger
212-812-0365 direct
spyounger@foleyhoag.com

August 23, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED**.  The initial pretrial conference scheduled for October 5, 2022, is **adjourned** to **October 12, 2022, at 4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.  By **October 5, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order.  The Clerk of Court is respectfully directed to close the motion at Docket No. 11.
>
> Dated: August 25, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Loomis Sayles Trust Company LLC v. Citigroup Global Markets Inc.*
      Case No. 1:22-cv-06706-LGS

Dear Judge Schofield:

We are counsel to Plaintiff Loomis Sayles Trust Company LLC in the above referenced action.  We write to request the pretrial conference scheduled for October 5, 2022 at 4:30 p.m be rescheduled in light of Yom Kippur. Counsel for Defendant, Citigroup Global Markets Inc., has consented to this request.

Counsel to both parties are available to attend a pretrial conference on Tuesday, October 11, 2022; Wednesday, October 12, 2022; or Thursday, October 13, 2022 if the Court has availability on those dates.

Respectfully submitted,

Stephen P. Younger

cc:   Counsel of Record (via ECF)