UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOOMIS SAYLES TRUST CO., LLC,
                      Plaintiff,

-against-                   22 Civ. 6706 (LGS)

CITIGROUP GLOBAL MARKETS, INC.,     ORDER
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued October 4, 2022, scheduled an initial pre-trial conference for October 19, 2022, at 4:10 p.m.  An Order issued October 7, 2022, directed the parties to be prepared to discuss their anticipated motions and their joint request for an extension of discovery.  It is hereby

        **ORDERED** that the October 19, 2022, conference is **ADJOURNED** to October 26, 2022, at 4:10 p.m.  The conference will be telephonic, and will take place on the following conference line: 888-363-4749; access code 558-3333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 18, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE