```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :
LOOMIS SAYLES TRUST CO., LLC,                  :
                           Plaintiffs,         :      22 Civ. 6706 (LGS)
                                               :
              -against-                        :      ORDER
                                               :
CITIGROUP GLOBAL MARKETS, INC.,                :
                           Defendant.          :
------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was scheduled but did not take place on October 27. In the interest of avoiding further delay, the Court makes the rulings below;

WHEREAS, on September 26, 2022, Defendant filed a pre-motion letter regarding an anticipated motion to dismiss. The same day, it also filed a letter seeking a stay of discovery during the pendency of that motion. On October 3, 2022, Plaintiffs filed a response to the pre-motion letter and the request for a stay, as well as a pre-motion letter regarding an anticipated motion for class certification. On October 5, 2022, the parties filed a joint letter and proposed case management plan in anticipation of a Rule 16 conference. It is hereby

**ORDERED** that the parties shall brief Defendant's motion to dismiss on the following schedule: Defendant shall file its motion and supporting papers by **November 16, 2022**. Plaintiffs shall file any opposition by **December 9, 2022**. Defendant shall file a reply by **December 16, 2022**. The parties shall consult the Court's Individual Rules regarding page limits and other matters pertaining to the motion. It is further

**ORDERED** that the application for a stay of discovery during the pendency of Defendant's motion to dismiss is **DENIED**. It is further

**ORDERED** that the parties' proposed discovery schedule is adopted and the Rule 16 conference is cancelled. A case management plan will issue separately. Particularly as the Court

has adopted the parties' extended deadlines, extensions will not be granted absent a showing of good cause and diligence in completing discovery.  The parties' attention is also drawn to the requirement for periodic status letters as outlined in the case management plan.  It is further

**ORDERED** that a conference regarding Plaintiff's proposed motion for class certification will be held on **November 2, 2022**, at **4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: October 27, 2022
      New York, New York

                                                   **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**