UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LOOMIS SAYLES TRUST CO., LLC,                               :
                                  Plaintiffs,               :     22 Civ. 6706 (LGS)
                                                            :
            -against-                                       :     ORDER
                                                            :
CITIGROUP GLOBAL MARKETS, INC.,                             :
                                  Defendant.                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 3, 2022, Plaintiffs filed a pre-motion letter regarding an anticipated motion for class certification. On November 2, 2022, a conference was held regarding Plaintiffs' anticipated motion. At the conference, Defendant requested the opportunity to take fact discovery before responding to the motion for class certification. For the reasons discussed at the conference, it is hereby

**ORDERED** that within one week of the decision this Court on Defendant's anticipated motion to dismiss, the parties shall file a joint letter proposing a briefing schedule for Plaintiff's anticipated motion for class certification. It is further

**ORDERED** that if Plaintiffs believe that discovery has been completed on class certification issues and would like to propose filing their anticipated motion at an earlier time, they may file a pre-motion letter to that effect. Such a letter shall include a statement of the change in circumstances that merits filing the motion at that time.

Dated: November 3, 2022
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE