**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOOMIS SAYLES TRUST COMPANY, LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS INC. <br><br> Defendant. | Civil Case No. 22-cv-6706-LGS |

**NOTICE OF CITIGROUP GLOBAL MARKETS INC.'S MOTION TO DISMISS LOOMIS SAYLES TRUST COMPANY, LLC'S CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon Loomis Sayles Trust Company, LLC's ("LSTC") Class Action Complaint (the "Complaint") filed August 6, 2022 (Dkt. No. 1); the Memorandum of Law in Support of Citigroup Global Markets Inc.'s ("CGMI") Motion to Dismiss the Complaint; the Declaration of Helam Gebremariam and exhibits thereto; and the Request for Judicial Notice; Defendant CGMI hereby moves this Court before the Honorable Lorna G. Schofield, United States District Court, Southern District of New York, Courtroom 1106, 40 Centre Street, New York, NY, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and the Securities Litigation Uniform Standards Act, 15 U.S.C. § 78bb(f)(1)(A), dismissing the Complaint with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated:  November 16, 2022

                Respectfully submitted,

            /s/ Michael A. Paskin
**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Helam Gebremariam
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
mpaskin@cravath.com
hgebremariam@cravath.com


*Attorneys for Defendant Citigroup Global Markets Inc.*