

155 Seaport Blvd.
Boston, MA 02210
617.832.1000 main

Matthew C. Baltay
617-832-1262
mbaltay@foleyhoag.com

February 16, 2023

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, NY 10007

Re: *Loomis Sayles Trust Company, LLC v. Citigroup Global Markets Inc.*, 22-cv-6706-LGS

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases and the Stipulated Protective Order for Confidential Information (Dkt. No. 40), Plaintiff Loomis Sayles Trust Company, LLC ("LSTC") respectfully requests that the following documents be filed under seal:

1. The transcript of a telephone call recording produced by Defendant Citigroup Global Markets Inc. ("Citigroup") with Bates number CGMI_00017060, attached as Exhibit A to the Declaration of Kenneth S. Leonetti;

2. A Bloomberg chat produced by Citigroup with Bates number CGMI_00017033, attached as Exhibit A to the Declaration of Nicholas Gagnon; and

3. A Bloomberg chat produced by Citigroup with Bates number CGMI_00014644, attached as Exhibit B to the Declaration of Nicholas Gagnon.

The proposed documents have been designated as "Confidential" by Citigroup pursuant to the Protective Order entered in this matter on November 21, 2022 (Dkt. No. 40). These documents have been filed entirely under seal based on Citigroup's designation.

Respectfully submitted,

*/s/* Matthew C. Baltay

cc: Counsel of Record (via ECF)