# EXHIBIT A

FILED UNDER SEAL

NATIVE AUDIO FILE SUBMITTED TO COURT AND DEFENDANT'S COUNSEL VIA EMAIL