**CRAVATH**

Michael A. Paskin
MPaskin@cravath.com
+1-212-474-1760
New York

June 29, 2023

> Application **GRANTED.** The parties shall complete expert discovery by **August 4, 2023**. A status conference will be held in this matter on **July 10, 2023, at 2:00 P.M.** The conference will be telephonic and will be held on the following line: 888-363-4749; access code: 558-3333. The parties shall be prepared to discuss Plaintiff's pre-motion letter regarding its contemplated motion for class certification and any other matters relevant to setting next steps in this litigation following the close of expert discovery. Defendant's deadline to file a letter in response to Plaintiff's pre-motion letter regarding class certification remains the same. So Ordered.
>
> Dated: June 30, 2023
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

*Loomis Sayles Trust Company, LLC v. Citigroup Global Markets Inc.*, No. 1:22-cv-6706-LGS

Dear Judge Schofield:

 Pursuant to the Court's Individual Rule I.B.3, Defendant Citigroup Global Markets Inc. ("CGMI") writes on behalf of the parties to respectfully request a two-week extension of time to complete expert discovery, from July 21, 2023 to August 4, 2023. This is CGMI's second request, and Plaintiff's first, for an adjournment of a discovery deadline.[1] The proposed extension would not affect any other dates set forth in the Court's March 13, 2023 Amended Civil Case Management Plan and Scheduling Order (Dkt. 74 ("Amended Scheduling Order")), including, in particular, the pre-motion conference scheduled for August 9, 2023.

 Pursuant to the Amended Scheduling Order (*id.* at 3), Plaintiff served five expert reports on May 22, 2023 and CGMI served three expert reports on June 21, 2023. The parties have been working cooperatively to schedule expert depositions; however, it has proven difficult to schedule them all to take place by the July 21, 2023 deadline in the Amended Scheduling Order. That is a function of both the total number of expert reports served (eight) and the travel required by counsel and experts for both parties (depositions of Plaintiff's experts will be taken in New York, and depositions of CGMI's experts will be taken in Boston). Allowing for expert depositions to continue for two additional weeks beyond July 21 has allowed the parties to agree on proposed dates for all expert depositions, subject to the Court's approval.

 In light of the parties' diligence in litigating this action and the good cause for the short extension sought, as well as the absence of any prejudice to any other deadlines in the Amended Scheduling Order, the parties respectfully request that the Court extend the expert discovery deadline to August 4, 2023.

---

 [1] CGMI's prior request, to extend the time to complete fact depositions, was consented to by Plaintiff and granted by the Court. (*See* Dkt. 72.)

| NEW YORK | LONDON | WASHINGTON, D.C. | CRAVATH, SWAINE & MOORE LLP |
|---|---|---|---|
| Worldwide Plaza | CityPoint | 1601 K Street NW | |
| 825 Eighth Avenue | One Ropemaker Street | Washington, D.C. 20006-1682 | |
| New York, NY 10019-7475 | London EC2Y 9HR | T+1-202-869-7700 | |
| T+1-212-474-1000 | T+44-20-7453-1000 | F+1-202-869-7600 | |
| F+1-212-474-3700 | F+44-20-7860-1150 | | |

Thank you for your consideration.

Respectfully submitted,

/s/ *Michael A. Paskin*

Michael A. Paskin

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA ECF

Copies to:

Matthew C. Baltay
Dean Richlin
Kenneth S. Leonetti
Leah S. Rizkallah
Amanda S. Coleman
Natalie F. Panariello
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210

VIA ECF