```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LOOMIS SAYLES TRUST CO., LLC,                               :
                                  Plaintiffs,               :   22 Civ. 6706 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
CITIGROUP GLOBAL MARKETS, INC.,                             :
                                  Defendant.                :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on July 10, 2023. For the reasons discussed at the conference, it is hereby

**ORDERED** that no later than **July 17, 2023**, the parties shall file a joint letter stating whether both parties are willing to participate in mediation and, if so, whether they request a referral for settlement discussions before Magistrate Judge Parker or would prefer to hire their own mediator. The letter shall also state the parties' availability for oral argument regarding Defendant's pending motion for summary judgment during the time period from July 31, 2023, to August 11, 2023.

Dated: July 10, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE