

155 Seaport Blvd.
Boston, MA 02210
617.832.1000 main

Matthew C. Baltay
617-832-1262 direct
mbaltay@foleyhoag.com

July 18, 2023

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, NY 10007

Re: *Loomis Sayles Trust Company, LLC v. Citigroup Global Markets Inc.*, 22-cv-6706-LGS

Dear Judge Schofield:

Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases and the Stipulated Protective Order for Confidential Information (Dkt. No. 40), Plaintiff Loomis Sayles Trust Company, LLC ("LSTC") respectfully submits this letter regarding supplementation of the record in connection Citigroup's as-converted summary judgment motion to be filed under seal. LSTC has publicly filed a redacted version of its letter brief.

The letter brief references documents and deposition testimony that has been designated as "Confidential" by Citigroup pursuant to the Protective Order entered in this matter on November 21, 2022 (Dkt. No. 40). LSTC seeks to file under seal based on Citigroup's confidential designations.

Respectfully submitted,

*/s/* Matthew C. Baltay

cc: Counsel of Record (via ECF)