

Michael A. Paskin
mpaskin@cravath.com
T+1-212-474-1760
New York

July 25, 2023

*Loomis Sayles Trust Company, LLC v. Citigroup Global Markets Inc.*, No. 1:22-cv-6706-LGS

Dear Judge Schofield:

  Pursuant to Rule I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases and the Stipulated Protective Order for Confidential Information (Dkt. No. 40), Defendant ("CGMI") respectfully requests that CGMI's response to Plaintiff's ("LSTC") July 18, 2023 letter be partially redacted.

  In its response, CGMI cites material that has been designated as "Confidential" or "Confidential – Attorneys Eyes Only" by either LSTC or CGMI pursuant to the Protective Order entered in this matter on November 21, 2022 (Dkt. No. 40). This material has been redacted in accordance with these designations. Consistent with Your Honor's Individual Rule I.D.3, an unredacted copy of CGMI's response has been filed under seal.

            Respectfully submitted,

            /s/ Michael A. Paskin

            Michael A. Paskin

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA ECF


Copies to:

FOLEY HOAG LLP
Matthew C. Baltay (*pro hac vice*)
Dean Richlin (*pro hac vice*)
Kenneth S. Leonetti
Leah S. Rizkallah
Amanda S. Coleman
Natalie F. Panariello (*pro hac vice*)

mbaltay@foleyhoag.com
drichlin@foleyhoag.com
ksl@foleyhoag.com
lrizkallah@foleyhoag.com
acoleman@foleyhoag.com
npanariello@foleyhoag.com