UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                       :
LOOMIS SAYLES TRUST CO., LLC,        :
                                  Plaintiff,    :          22 Civ. 6706 (LGS)
                                                    :
                -against-              :          <u>ORDER</u>
                                                    :
CITIGROUP GLOBAL MARKETS, INC.,  :
                                  Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 6, 2023, the parties submitted letters containing scheduling proposals. It is hereby

       **ORDERED** that the parties shall brief Defendant's motion for summary judgment. The parties shall brief the motion as follows:

- By **November 1, 2023,** Defendant shall file its motion, with a memorandum of law in support.

- By **November 30, 2023,** Plaintiff shall file its opposition.

- By **December 21, 2023,** Defendant shall file a reply.

The parties shall comply with the Court's Individual Rules regarding motions. The requirement for pre-motion letters and a pre-motion conference is waived.

Dated: October 16, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE