

*Seaport West*
*155 Seaport Boulevard*
*Boston, MA 02210-2600*

617.832.1000 main
617.832.7000 fax

**Application GRANTED.  Plaintiff shall file a letter regarding Defendant's Motion to Seal by November 8, 2023.  All other deadlines in this action remain unchanged.**

**Dated: November 6, 2023**
        **New York, New York**

Matthew C. Baltay
617-832-1262 direct
MBaltay@foleyhoag.com

November 3, 2023

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

*Loomis Sayles Trust Company, LLC v. Citigroup Global Markets Inc.,* 1:22-cv-6706-LGS

Dear Judge Schofield:

Plaintiff Loomis Sayles Trust Company, LLC ("LSTC") respectfully requests a 2-day extension of the deadline to file a letter in support of Defendant Citigroup Global Markets Inc. ("Citigroup")'s Motion to Seal (Dkt. 120) to Wednesday, November 8, 2023.

LSTC received Citigroup's Motion to Seal through the Court's ECF system in the late hours of Wednesday, November 1, 2023.  In the early hours of Thursday, November 2, 2023, LSTC received through the Court's ECF system the Declaration of Michael A. Paskin (Dkt. 124), which attached the 36 exhibits that Citigroup filed under seal in support of its Motion for Summary Judgment (Dkt. 119), thereby making the deadline to file LSTC's letter in support of Citigroup's Motion to Seal Monday, November 6, which is 2 business days after the date LSTC received the under-seal exhibits through ECF. *See* Your Honor's Individual Rule I.D.3.

LSTC submits that there is good cause for a modest extension of this deadline. As noted, there is a substantial volume of exhibits filed under seal and requiring review—36 exhibits totaling over 120 pages. The requested extension would provide LSTC adequate time to review the exhibits filed under seal, assess which exhibits contain information justifying sealing, and prepare a letter to the Court describing LSTC's position regarding same.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Matthew C. Baltay*

Matthew C. Baltay
Partner

cc:    Counsel of Record