UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOOMIS SAYLES TRUST COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS INC.,<br><br>Defendant. | Case No. 22-cv-6706-LGS |

## ~~[PROPOSED]~~ ORDER RE: PRE-TRIAL SCHEDULE

LORNA G. SCHOFIELD, United States District Judge.

Based on the joint letter submitted by the Parties, below is the agreed-upon schedule for pre-trial submissions. The Parties' request for no more than ten pages in length for opening and opposition *Daubert* briefs, and an additional week for oppositions to *Daubert* motions is hereby GRANTED.

| Event | Deadline |
|---|---|
| *Daubert* motions | January 30, 2026 |
| Oppositions to *Daubert* motions | February 13, 2026 |
| Motions *in limine* | February 23, 2026 |
| Oppositions to motions *in limine* | March 2, 2026 |
| Final Joint Pre-Trial Order | March 9, 2026 |
| Submit case-specific proposed requests to jury charge, a proposed verdict sheet and case-specific proposed *voir dire* questions, including a one paragraph statement describing each party's own claims and/or defenses | ~~March 23, 2026~~<br><br>March 16, 2026 |

1

| Event | Deadline |
|---|---|
| Final Pre-Trial Memoranda of Law | March 23, 2026 |
| Oppositions, if any, to Final Pre-Trial Memoranda of Law | March 30, 2026 |
| Submit digital copies of exhibits, FRE 1006 summaries and ~~an exhibit list~~ revised exhibit list, and letter grouping exhibits | April 6, 2026 |
| Final Pre-Trial Conference | ~~April 14, 2026 at 3:00 p.m.~~ April 13, 2026, at 2:30 P.M. |
| Submit expert witness disclosures | April 20, 2026 |
| Trial to begin | April 27, 2026 at 9:45 a.m. |

Letter regarding objections to demonstrative aids            April 9, 2026

SO ORDERED.

Dated:  September 30, 2025
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE