UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                     :

LOOMIS SAYLES TRUST COMPANY, LLC,   :

                   Plaintiff,   :

                                     :            22 Civ. 6706 (LGS)

         -against-              :

                                     :               **ORDER**

CITIGROUP GLOBAL MARKETS INC.,     :

                   Defendant.   :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Final Pretrial Conference is currently scheduled for **April 13, 2026**, at

**3:00 P.M.** and the Trial is currently scheduled for **April 27, 2026**, at **9:45 A.M.**  It is hereby

       **ORDERED** that the Final Pretrial Conference and the Trial are **ADJOURNED sine die**.

Dated: April 10, 2026
        New York, New York

                                    LORNA G. SCHOFIELD
                              **UNITED STATES DISTRICT JUDGE**