UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LOOMIS SAYLES TRUST COMPANY, LLC,     :
                                                              :
                                        Plaintiff,      :
                    -against-                            :            22 Civ. 6706 (LGS)
                                                              :
CITIGROUP GLOBAL MARKETS INC.,          :            **ORDER**
                                                              :
                                        Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 10, 2026 (Dkt. No. 350; the "Sealing Order")

addressed motions to seal filed by Plaintiff Loomis Sayles Trust Company, LLC ("Loomis"),

Defendant Citigroup Global Markets Inc. ("Citigroup"), non-party Loomis, Sayles & Company,

L.P. ("LSLP") and non-party Citadel Securities LLC.

WHEREAS, the Sealing Order denied without prejudice to a further ruling the motion to

seal LSLP's Investment Management Agreements (Dkt. Nos. 307-1, 307-2 and 307-3; the

"IMAs").  The IMAs were to remain sealed, but by June 24, 2026, LSLP was required to refile

them with proposed redactions that were narrowly tailored to protect the identities and

investment strategies of LSLP's non-party clients.

WHEREAS, the Sealing Order denied without prejudice to a further ruling the motion to

seal Exhibit 2 to a declaration (Dkt. No. 329-1; "Exhibit 2").  Exhibit 2 was to remain sealed, but

by June 24, 2026, Citigroup was required to refile it with proposed redactions that were narrowly

tailored to protect the confidential, commercially sensitive and identifying information of

uninvolved third parties.

2

WHEREAS, Citigroup and Loomis have refiled Exhibit 2 and the IMAs (Dkt. Nos. 351 and 352, respectively).  The refiled versions contain redactions that are "narrowly tailored" to serve the confidentiality interests discussed in the Sealing Order.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).  It is hereby

**ORDERED** that for the reasons above and in the Sealing Order, the motions at Dkt. No. 334 to seal the IMAs, and at Dkt. No. 333 to seal Exhibit 2, are **GRANTED**.

The Clerk of Court is respectfully directed to maintain the seal (with access for case participants only) on Dkt. Nos. 307-1, 307-2, 307-3 and 329-1.

Dated: June 25, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2